JOHN W. HUBER, United States Attorney (#7226)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIO 18 U.S.C. § 1201, Kidnapping; 18 U.S.C. § 2261(a), Interstate Domestic Violence |
| vs. | |
| RODNEY A. LAWS, | |
| Defendant. | Case: 2:19-cr-00462<br>Assigned To : Stewart, Ted<br>Assign. Date : 12/11/2019<br>Description: |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 1201
Kidnapping

Between November 27, 2019 and December 5, 2019, in the Central Division of the District of Utah, and elsewhere, the defendant,

RODNEY A LAWS,

did unlawfully and willfully, seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for his benefit, and, in committing or in furtherance of the commission of the offense, assault, did willfully transport Person A in interstate commerce from California to Utah, or did attempt to do so, all in violation of 18 U.S.C. § 1201(a)(1).

## **COUNT II**
18 U.S.C. § 2261(a)
Interstate Domestic Violence

Between November 27, 2019 and December 5, 2019, in the Central Division of the District of Utah, and elsewhere, the defendant,

RODNEY A. LAWS

traveled in interstate commerce, with the intent to kill, injure, harass, intimidate Person A, a spouse of said defendant, and, while in the course of and as a result of said travel, committed and attempted to commit assault, a crime of violence against Person A, in violation of Title 18, United States Code, Section 2261(a)(

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
KARIN M. FOJTIK
Assistant United States Attorney